UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LUIS PICART-ALVAREZ                                                                           PETITIONER

V.                                                                    CIVIL ACTION NO. 3:19-CV-151-DPJ-FKB

CHRISTOPHER RIVERS,
WARDEN FCC YAZOO CITY LOW                                                          RESPONDENT

ORDER

This cause is before the Court on the Report and Recommendation (R&R) [17] of Magistrate Judge F. Keith Ball.  Luis Picart-Alvarez filed this Petition challenging the computation of his sentence by the Bureau of Prisons.  Judge Ball thoughtfully considered and rejected Picart-Alvarez's arguments and recommended dismissing the Petition with prejudice.  R&R [17] at 7 (noting Picart-Alvarez "failed to show he is being held 'in violation of the Constitution or laws or treaties of the United States'" (quoting 28 U.S.C. § 2241(c)(3))).

Picart-Alvarez did not file an objection, and the time to do so has passed.  In fact, the R&R, which was mailed to the last address Picart-Alvarez provided, was returned as undeliverable [18] on May 7, 2021.  Previously, the Court warned Picart-Alvarez that "his failure to keep this Court informed of his current address will result in the dismissal of this case."  Order [2] at 2.

In sum, the Court agrees with the findings and conclusions articulated by Judge Ball; the R&R is adopted as the opinion of the Court.  The Petition [1] is dismissed with prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE